**Joan Francis REITER, Plaintiff/Respondent,**

v.

**Kathleen Gaydos REITER, Defendant/Appellant.**

No. 57552.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 31, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 7, 1991.

Coggan R. Mills, Clayton, Michael A. Gross, St. Louis, for defendant/appellant.

Alan G. Kimbrell, St. Louis, for plaintiff/respondent.

ORDER

PER CURIAM.

Defendant appeals from jury verdicts assessing actual and punitive damages for criminal conversation and alienation of affection.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).